UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

DWAYNE S BRADFORD,

DEBTOR.

Case No. 12 B 07539
Chapter 13

Judge Janet Baer

## AGREED ORDER DETERMINING VALUE OF COLLATERAL
## AND FOR OTHER RELIEF

THIS MATTER coming to be heard upon the Motion of Debtor to Determine Value of Collateral, and on the request of BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP, its principals, agents, successors and assigns (hereinafter "Creditor"), due notice having been given, the Court having jurisdiction over the parties and subject matter, and being advised that the parties have reached an agreement:

**IT IS HEREBY ORDERED:**

1. That the property commonly known as 518 Jeffery Ave., Calumet City, Illinois ("Subject Property") is valued at $67,600.00;

2. That Creditor shall be paid a secured claim of $67,600.00 plus interest at 5.25% in payable in monthly set payments of $1,283.45 for a total secured claim of $77,007.17;

3.   That the balance of Creditor's claim shall be paid as a general unsecured claim, and shall be discharged upon the completion of Debtor's plan and entry of a Chapter 13 Discharge Order pursuant to 11 U.S.C. §1328(a);

4.   That the mortgage lien held by Creditor on the Subject Property shall be released upon the completion of Debtor's plan and entry of a Chapter 13 discharge Order pursuant to 11 U.S.C. §1328(a);

5.   That in the event that Creditor does not execute and deliver to the Debtors any termination statement, or other document that is or may be required to by law to release and discharge Creditors mortgage lien, Debtors shall be permitted to use this entered order along with the entered chapter 13 Discharge Order as authorization for termination and release of Creditors mortgage lien.

6.   Debtor shall keep the Subject Property fully insured for the pendency of the bankruptcy;

7.   If the Subject Property is not insured and debtor fails to obtain (at least) a six-month, pre-paid, no-cancel policy of insurance and provides Creditor proof thereof within fourteen (14) days after mailing of notification to debtor and his attorney, the stay shall be automatically terminated as to Creditor, its agents, principals, successors and/or assigns as to the property securing its interest, upon filing of notice of same with the clerk of the court;

8. Debtor shall pay all real property taxes on the Subject Property as and when they come due;

9. If real property taxes are not paid as and when they come due and debtor fails to tenders funds to the County Collector's office in an amount to bring the property taxes current and provides proof of same to Creditor within fourteen (14) days after mailing of notification to debtor and his attorney, the stay shall be automatically terminated as to Creditor, its agents, principals, successors and/or assigns as to the Subject Property, upon filing of notice of same with the clerk of the court.

AGREED:

_____        _____
Attorney for Debtor                                   Attorney for Creditor

                                                              ENTER:

DATED: __10-11-12__                         _____
                                                              U.S. BANKRUPTCY JUDGE

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A File No. (14-11-02160)**